UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY L. HUNTER,<br>　　　Plaintiff(s),<br>v.<br>AMERICA FIRST CREDIT UNION,<br>　　　Defendant(s). | Case No. 2:24-cv-01960-APG-NJK<br>**Order**<br>[Docket Nos. 12, 14] |

　　　Pending before the Court is Defendant's motion to strike. Docket No. 12 (seeking to strike Docket Nos. 8 and 11). Also pending before the Court is Defendant's second motion to strike. Docket No. 14 (seeking to strike Docket No. 13). No response has been filed to either motion. Accordingly, the motions to strike are **GRANTED** as unopposed. *See* Local Rule 7-2(d). The Clerk's Office is **INSTRUCTED** to strike Docket Nos. 8, 11, and 13.

　　　Defendant also asks the Court to "clarify" the status of service and any obligation to respond. *E.g.*, Docket No. 12 at 8. The undersigned is a judge; the undersigned is not a co-counsel or a paralegal for the defense. *Cf. Pliler v. Ford*, 542 U.S. 225, 231 (2004) (judges "have no obligation to act as counsel or paralegal to *pro se* litigants"). Moreover, the local rules already explain the import (or lack thereof) of deadlines contained in automatically-generated CMECF notices, so counsel should familiarize themselves with the governing provisions which are available on the Court's website. The request for the Court to "clarify" is **DENIED**.

　　　IT IS SO ORDERED.

　　　Dated: January 3, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge