# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY L. HUNTER,<br>    Plaintiff(s),<br>v.<br>AMERICA FIRST CREDIT UNION,<br>    Defendant(s). | Case No. 2:24-cv-01960-APG-NJK<br><br>**Order**<br><br>[Docket No. 25] |

Pending before the Court is Plaintiff's first set of requests for production. Docket No. 25. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 23, 2025

                                                    Nancy J. Koppe<br>                                                  United States Magistrate Judge