# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY L. HUNTER,<br><br>    Plaintiff(s),<br><br>v.<br><br>AMERICA FIRST CREDIT UNION,<br><br>    Defendant(s). | Case No. 2:24-cv-01960-APG-NJK<br><br>**Order**<br><br>[Docket No. 28] |

    Pending before the Court is Plaintiff's first set of requests for admission. Docket No. 28. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties **again** to refrain from filing discovery documents on the docket in the future absent a Court order that they do so. *See also* Docket No. 27. **Failure to comply with this order may result in the imposition of sanctions.**

    IT IS SO ORDERED.

    Dated: May 9, 2025

                                                                     Nancy J. Koppe
                                                                     United States Magistrate Judge