**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LARRY L. HUNTER,

Plaintiff(s),

v.

AMERICA FIRST CREDIT UNION,

Defendant(s).

Case No. 2:24-cv-01960-APG-NJK

**Order**

[Docket No. 56]

Pending before the Court is Plaintiff's supplement to his initial disclosures. Docket No. 56. As has already been made clear multiple times in this case, such material must be served on the affected party, not filed on the docket, unless ordered by the Court. *See* Docket Nos. 26, 27, 29. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties **again** to refrain from filing discovery documents on the docket in the future absent a Court order that they do so. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: November 10, 2026

Nancy J. Koppe
United States Magistrate Judge